UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| MARY A. FONTAINE, ) | |
| ) | |
| ) | |
| v. ) | |
| ) | **Civil No. 07-18-P-S |
| MICHAEL J. ASTRUE, Commissioner ) | |
| of Social Security ) | |
| ) | |
| Defendants ) | |
| ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on October 12, 2007, his Recommended Decision (Docket No. 10). Plaintiff filed her Objection to the Recommended Decision (Docket Nos. 11 & 13) on October 22, 2007 and October 24, 2007. The Defendant filed its response to Plaintiff's Objection (Docket No. 12) on October 23, 2007.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

    2.       It is hereby **ORDERED** that the Decision of the Commissioner is **AFFIRMED**.

                                       /s/George Z. Singal  
                                       Chief U.S. District Judge

Dated: October 25, 2007